IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., f/k/a AMERITAS VARIABLE LIFE INSURANCE COMPANY and AMERITAS INVESTMENT CORP., | ) ) ) ) ) ) | 4:08CV3258 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| KIRK BROWN, | ) ) | |
| Defendant. | | |

IT IS ORDERED:

1.  Plaintiffs' motion to change venue, filing no. 26, is granted and this action is transferred to the United States District Court for the District of Massachusetts.

2.  Defendant's motion for time to find legal service in order to respond, filing no. 25, is denied as moot.

DATED this 15th day of May, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge